IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:04CR246 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANDREE ARTIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Resentencing Schedule filed by the Defendant, Andree Artis (Filing No. 60). For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Resentencing Schedule filed by the Defendant, Andree Artis (Filing No. 60) is granted;

2. Resentencing is rescheduled before District Judge Laurie Smith Camp on the **2nd day of May, 2005,** at the hour of **1:00 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 21st day of April, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge